

# James P. Thomas, M.D. | voicedoctor.net
Physician & Surgeon – Practice Limited to Laryngology

909 NW 18th Ave, Portland, OR 97209-2324 • thomas@voicedoctor.net
phone 503/478-1845 • fax 503/478-1846 • toll free 866/766-1994 • cell 503/341-2555

**Specializing In:**

Disorders of:
- hoarseness
- breathing
- swallowing
- singers
- actors
- speakers

Procedures of:
- diagnostic stroboscopy
- digital laryngeal imaging
- laryngeal injections
- laser treatments
- vocal cord augmentation
- microlaryngoscopy
- nerve grafting
- vocal pitch surgery
- laser tumor resection

## Subjective

She received testosterone shots at age 15 to jump start puberty, which it did and her voice lowered. Subsequently, she started living as a female, undergoing Gender Reassignment surgery. She modified her voice on her own. She recently married.

On 7/25/2017 she underwent Feminization laryngoplasty. On 11/16/2017 I tuned her vocal cords with a KTP laser. On 1/9/2018 I removed her plate and suture. On 8/9/2018 I KTP ablated some of the fullness in her left vocal cord. On 11/26/2019 I used a $CO_2$ laser to debulk her vocal cords further.

She says that she is always sounding sick. She estimates that her volume is about 60 - 70% of normal. Her vocal quality is about 70-80% of normal. She desires a clearer and more feminine voice.

## Physical Exam

**General:** moderate endmorphic body build
**Mood:** pleasant
**External Ear:** normal
**Nose:** normal nasal mucosa, normal turbinates, septum near midline, narrow tip
**Mouth:** tonsils +1/4
**Larynx:** not visualized with mirror
**Pharynx:** normal
**Nasopharynx:** normal
**Neck:** incision pale, ~1 mm wide with small fullness centrally

## Impression

1. 4 years post feminization laryngoplasty

## Plan

Proceed with vocal capabilities testing.

---

**Medical & Social History**
- **Occupation:** Wedding officiant, Legal work, mother
- **Smoking:** never
- **Surgeries:** Gender affirming surgery, breast augmentation, Lasik eye surgery, appendectomy, Feminization laryngoplasty 7/25/2017, KTP laser vocal cords 11/16/2017, 8/9/2018, $CO_2$ laser vocal cords 11/26/2019 remove plate 1/9/2018
- **Medications:** Progesterone, estradiol, Prozac, sermoline
- **Allergies:** Penicillin (Possible hives)
- **Antibiotic req'd:** none

**Family History:** none pertinent

**Review of systems**
- COVID-19: vaccinated

**Vocal commitments**
- **Talkativeness:** 7/7 (1 *quiet* - 7 *talkative*)
- **Loudness:** 4/7 (1 *soft* - 7 *loud*)
- **Work/Day:** 7/7 (1 *minimal* - 7 *all day*)
- **Evenings:** vocally active
- **Singing range:** nonsinger

---

**Saramosing, Tinsley Ariana Taylor**  **Age: 42**  12/8/2021
DOB: 3 / 7 / 1979  Page 1



## Phonogram
*laryngeal acoustic testing*



| Sound | Signal | Noise |
|---|---|---|
| Neurologic: | steady | |
| Vegetative: | percussive | husky |
| Effort: | good | |
| Respiration: | | none |

## Impression

1. Vocal Capabilities Pattern testing suggests moderate air leak throughout range, some roughness with volume and pitch break at the upper end of register

## Plan

1. Close examination of vocal cord mobility and function, including both endoscopy and stroboscopy.

## Endoscopy

**Procedure & Findings:** *Flexible laryngoscopy with high definition 720p video magnification, selective color imaging & stroboscopy*
**Topical anesthesia:** *4% lidocaine to left naris (over turbinate)*

### Structure

Nasopharynx: normal ET orifice, adenoids atrophic
Base of tongue: +2/4 lingual tonsils
Pharynx: normal

### Supraglottis:

Epiglottis: normal
Aryepiglottic folds: normal
Arytenoids: normal
Interarytenoid: normal
False folds: normal curve
Ventricle: open
Capillaries: normal

### Glottis:

Anterior commissure: long web
True fold Left: short, moderately convex
True fold Right: short, moderately convex
Vocal processes: normal
Capillaries: slightly irregular
Secretions: thin, clear
Piriform sinuses: normal
Subglottis: normal
Trachea: not examined

### Sensation

Laryngeal sensation: not examined

### Pharyngeal Function

Palatal elevation: not assessed
Pharynx squeeze: not assessed

## Phonatory Function

| Phonation | Left | Right | High Pitch | Low Pitch |
|---|---|---|---|---|
| Supraglottis: | | | relaxed | relaxed |
| Stability: | stable | stable | stable | stable |
| | no tremor | no tremor | | |
| | no spasm | no spasm | | |
| Elongation: | normal | normal | present | absent |
| Membranous closure: | complete | complete | closed | closed |
| Vocal process range: | midline | midline | closed | closed |
| Vocal process rate: | symmetric | symmetric | | |
| Suppleness: | supple | supple | supple | supple |
| Oscillation range: | wider around axis than right | around axis | | |
| Oscillation amplitude: | small | small | | |
| Oscillation closure: | reaches midline, fuller centrally | reaches midline, fuller posteriorly | complete closed phase | complete closed phase |
| Oscillation phase: | | | out of phase | out of phase |
| Secretion accumulate: | along length | along length | | |

## Respiratory Function

| Expiration: | Left | Right |
|---|---|---|
| ~ resting position: | 15° off midline | 15° off midline |
| arytenoid angle: | parallel | parallel |
| Bernoulli: | none | none |
| Stability: | stable | stable |

| Inspiration: | Left | Right |
|---|---|---|
| ~ resting position: | 30° off midline | 30° off midline |
| maximal (sniff): | 35° off midline | 35° off midline |
| arytenoid angle: | obtuse | obtuse |
| Bernoulli: | none | none |
| Stability | stable | stable |

# Impression

1. 4 years, 5 months post Feminization Laryngoplasty with thyrohyoid elevation.
    a. >2 year post $CO_2$ laser tuning.
2. Comfortable pitch in the feminine range.
    a. Anterior web
    b. Short cords lead to low volume
3. Moderate huskiness/air leak.
    a. Clarity varies with technique
    b. but asymmetry between true vocal cords may contribute.

# Plan

1. I discussed Blue laser focal tightening and she would like to proceed.
2. She should rest her voice for 3-7 days after treatment if possible.
3. Follow up voice recording in 2 months.

---

# Procedure

Diagnosis: *air escape, husky voice, asymmetric vocal cords*
Procedure & Findings: *Flexible laryngoscopy with video magnification & Blue laser tightening of vocal cords*
Topical anesthesia: *4% lidocaine to right (& left-suction) naris, pharynx & larynx*
Surgeon: *James P. Thomas, MD*

---

**Saramosing, Tinsley Ariana Taylor**  Age: 42  12/8/2021
DOB: 3/7/1979  Page 3

Assistant: *Brian Nuyen, MD*
Observers: *Omar Hernandez, MD*

## Indications for Procedure
Adjust laryngeal vibrations

## Findings
short, slightly asymmetric vocal cords

## Description of Procedure
 A PARQ conference was held with the patient and consent obtained for Blue treatment of the laryngeal pitch. The patient was then positioned in a seated position. Appropriate laser eye protection was placed. Topical lidocaine & neosynephrine were applied to the right (& left - suction) nares. The flexible laryngoscope was passed through the right naris and 4% lidocaine dripped onto the pharynx & larynx and gargled. A 10 Fr. suction was placed in the left naris.
 I maneuvered the endoscope with the laser fiber and coagulated/ablated the superior, medial and inferior vibratory margin of the left vocal cord mucosa (8 W, pulse width 30ms). I worked on the left side, concentrating on the central medial and lateral portion of the flexible cord. The laser discomfort was minimal and she remained still throughout the procedure. Overall, she tolerated the procedure well.

## Impression
1. Laryngeal pitch in the high feminine range
2. Short, slightly asymmetric true vocal cords, allowing some air leak, leading to huskiness.

## Plan
1. Rest voice.
2. Follow up with audio recording in 2 months to get an idea of your voice by recording similar sounds to what you did before surgery:
   a. Read — "Long ago, men found that it was easier to travel on water than on land. They needed a cleared path or road when traveling on land. But on water, a log of wood or any large object that would float, became a man's boat."
   b. — Then at your comfortable speaking pitch see how long you can make an "eeee" sound on one breath.
   c. — Slide down on an "eeee" sound from mid-range to your very lowest pitch. Do twice.
   d. — Slide up on an "eeee" sound from mid-range to your very highest pitch. Do twice
   e. — Moderately loudly say "hey"
3. I also would like to hear your assessment of how your phone voice perception may or may not have changed from before surgery.
   a. How often are you perceived as female on the telephone at that point in time (%):

Brian A. Nuyen, M.D.   James P. Thomas, M.D.

Digitally signed by James Thomas
Date: 2021.12.17 15:17:54 -08'00'

cc: Tinsley Saramosing — tinsleykeefe@gmail.com