

| Level of CMD | Stage of CMD |
|---|---|
| **Post-Conventional** — *Shared standards Rights, duties and principles* | **Stage 6:** Guided by moral principle of justice. |
| | **Stage 5:** Social contract rules & laws of social good. |
| **Conventional** — *Assessing personal consequences* | **Stage 4:** Judgments based on the relative rules and laws of society. |
| | **Stage 3:** Decisions based on the approval of others. |
| **Pre-Conventional** — *Values based on external events* | **Stage 2:** Acting to further one's own interest. |
| | **Stage 1:** Acting to avoid punishment. |