# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

Dr. Tinsley Ariana Taylor Makayla Saramosing, )
)
Plaintiff, )
)
Vs. )
)
Kevin Corbett, )
)
As Cabinet Secretary of the Oklahoma State )
Department of Health, )
) Case #: 5:21-cv-01152
Defendant, )
)
& )
)
Keith Reed, )
)
In His Capacity as Interim Commissioner of Health )
of the Oklahoma State Department of Health, )
)
Defendant, )
)
Kelly Baker "Baker", )
)
Deputy Registrar of Vital Records, )
Oklahoma State Health Department, )
)
Defendant, )
)
& )
)
Tim Tipton, )

**FILED**

APR 27 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____SO_____, DEPUTY

| | |
|---|---|
| **In His Capacity as Commissioner of Public Safety of** | ) |
| **the Oklahoma Department of Public Safety,** | ) |
| | ) |
| **Defendant** | ) |
| _____ | ) |

## PLAINTIFF'S MOTION TO FILE CONVENTIONALLY AND TO STAY CASE UNTIL VIDEO EVIDENCE HAS BEEN EXAMINED

Comes now, Plaintiff, Dr. Makayla Saramosing, who wishes to provide this Court with one additional exhibit **(Plaintiff's Exhibit 126)**, a terrible transphobic incident that happened on April 26, 2022, and involves Plaintiff's birth certificate and the matter at hand. In support of this, Plaintiff also states the following:

1) On the afternoon of April 25, 2022, at about 2:25 pm CST, Plaintiff received a call from the counselors at the school where one of her World's Extra Best Daughters attends. They told Plaintiff that her World's Extra Best Daughter had been threatening to commit suicide and would have to be taken to the emergency room right away.

2) Plaintiff took her World's Best Daughter to the emergency room at Mercy Hospital in N.W. Oklahoma City immediately thereafter for examination. The staff determined that she was indeed at risk and kept her there for one (1) night, until they could find an open bed for Plaintiff's World's Extra Best Daughter at an in-patient treatment facility.

3) Against Plaintiff's wishes, Mercy Hospital transported Plaintiff's World's Extra Best Daughter to Southwestern Behavioral Health Center (SBHC) in Lawton, Oklahoma *__run by Defendants 1-3 at the Oklahoma State Department of Health__*. Plaintiff followed separately in her car. The staff was very rude, as was in line with the online Google reviews, and the two staff members began misgendering her and listing her as the "father" on all the paperwork and committed assault and battery on Plaintiff by hitting her hand, even though Plaintiff had not presented any sort of physical or verbal threat – only that they change the word "father" to "mother" on the paperwork **(Lawton Police Report #: W202201051 (Plaintiff's Exhibit 127), FBI Incident Report Intake Specialist #9879.**

4) The staff at SBHC referenced the reason they listed Plaintiff as the "father" based upon her birth certificate and how it shows her previous names and gender marker *vis-à-vis her birth certificate* – "thanks," Defendants 1-3.

5) This **Plaintiff's Exhibit 126** is only available on video and includes a photo of Plaintiff's associated bruising where they assaulted her on her hand and two (2) videos of the incident.

6) Submission of **Plaintiff's Exhibit 127**, in combination with the proposed **Plaintiff's Exhibit 126** via conventional means, will provide further direct and irrefutable evidence of the harm Defendants are inflicting upon Plaintiff.

7) Plaintiff is also enclosing **Plaintiff's Exhibit 128**, a copy of the complaint she submitted to the Oklahoma State Health Department – Defendants 1-3 – over the incident. **DEFENDANTS 1-3'S OWN AGENCY-RUN FACILITY INFLICTED UPON PLAINTIFF** and **Plaintiff's Exhibit 129**, a photograph of the bruising caused by Defendants 1-3's staff *__inflicted upon Plaintiff in the commission of a hate crime against Plaintiff.__*

## CONCLUSION

This sad, tragic, transphobic hate crime incident is a direct result of the hateful, illegal, bigoted policies people like Defendants inflict upon our State's and nation's most vulnerable populations, the systemic transphobia rampant with their staff, and Defendants' 1-2 failure to properly train their staff in working with different populations. The Court needs to see this evidence, as it decides the merits of the matter before it.

**RESPECTFULLY SUBMITTED this 27th day of April, 2022.**

s/Dr. Tinsley Ariana Taylor Makayla Saramosing
Pro Se
21985 Homesteaders Road
Deer Creek, Oklahoma
73012
405-593-3515 - Telephone
Email: MakaylaSaramosing@Gmail.com

**CERTIFICATE OF SERVICE/MAILING**

I certify that on April 27th, 2022, I filed the foregoing in person. Notice of this filing will be sent to all parties via email and in person by delivery to:

*[signature]*

Kevin McClure, Head Attorney for all Defendants
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105-3498


And via email at: Kevin.McClure@oag.ok.gov