ormation

Incident #: **W202201051**

Submitted by: TINSLEY SARAMOSING

Submitted on: 04/27/2022 @ 11:09:39

User Information

Address: 21985 HOMESTEADERS ROAD

City: DEER CREEK

State: OKLAHOMA

Zip: 73012

Home Phone: (140) 559-3351

Cell Phone: (405) 593-3515

Email (preferred): MAKAYLASARAMOSING@GMAIL.COM

Date of Birth: 03/07/1979

Race: WHITE

Sex: FEMALE

Offense Information

Offense: SIMPLE ASSAULT

Occurrence Address: 1602 SW 82ND STREET

Occurrence City: LAWTON

Occurrence State: OKLAHOMA

Occurrence Zip: 73505

Earliest Possible Date of occurrence: 04/26/2022

Earliest Possible Time of occurrence: 8:00 PM


PLAINTIFF'S EXHIBIT 127

Latest Possible Date of occurrence: 04/26/2022

Latest Possible Time of occurrence: 8:15 PM

Involved Person # 1

Person Type: COMPLAINANT

First Name: TINSLEY

Middle Name: MAKAYLA

Last Name: SARAMOSING

Address: 21985 HOMESTEADERS ROAD

City: DEER CREEK

State: OKLAHOMA

Zip: 73012

Home Phone: (140) 559-3351

Cell Phone: (405) 593-3515

Social Security Number:

Driver's License Number: OK080053043

Email (preferred): MAKAYLASARAMOSING@GMAIL.COM

Race: WHITE

Sex: FEMALE

Date of Birth:

Age: 43

Age: OJPS

Employer Address: 6051 N. BROOKLINE AVENUE

Employer City: OKLAHOMA CITY

Employer State: OKLAHOMA

Employer Zip: 73112

Property # 1

Involvement Type: NONE

Description: N/A

Estimated $ Value: $

Suspect # 1

First Name: ERICA

Address: 1602 SW 82ND STREET

City: LAWTON

State: OKLAHOMA

Zip: 73505

Work Phone: (580) 536-0077

Race: WHITE

Sex: FEMALE

Age: 27

Employer Name: SOUTHWESTERN BEHAVIORAL HEALTH

Employer Address: 1602 SW 82ND STREET

Employer City: LAWTON

Employer State: OKLAHOMA

Employer Zip: 73505

Suspect # 2

First Name: KELDA

Address: 1602 SW 82ND STREET

City: LAWTON

State: OKLAHOMA

Zip: 73505

Race: WHITE

Sex: FEMALE

Age: 55

Employer Name: SOPUTHWESTERN BEHAVIORAL HEALT

Employer Address: 1602 SW 82ND STREET

Employer City: LAWTON

Employer State: OKLAHOMA

Employer Zip: 73505

What Happened

One of my daughters, Isabella Keefe, was deemed suicidal and was transported to Southwestern Behavioral Health Center at 1602 SW 82nd Street, Lawton, OK 73505 from Mercy Hospital in NW OKC on 4/26/2022. Upon arrival at about 7:50 pm CST on 4/26/2022, Erica, a tech, began perpetuating hate crimes upon me by committing assault and battery while repeatedly misgendering me - I am transgender - and I have it all on videos. I also have bruising on my hand and have a photo of that as well. This was a horrific display of violence against someone who is transgender and indeed in front of a minor child who was suicidal.