

**Consumer Health / OK State Dept. of Health**
PO Box 268815 / OKC OK  73126-8815
Office: (405) 426-8250 | Fax: (405) 900-7557
Email: ConsumerHealth@health.ok.gov
Website: http://chs.health.ok.gov

# CONSUMER HEALTH SERVICE COMPLAINT FORM

Please check the Consumer Health Program that you wish to file a report on:

☐ FOOD/RESTAURANT    ☐ RABIES/ANIMAL BITE  ☐ SMOKING   ☐ XRAY UNIT
☐ HOTEL/MOTEL        ☐ BEDDING             ☐ POOL      ☐ MIDWIFE
☐ SANITARIAN         ☐ HEARING AID                     ☐ GENETIC COUNSELOR
☐ BODY PIERCING      ☐ MEDICAL MICROPIGMENTATION       ☐ DRUG MANUFACTURING
☐ TATTOO             ☐ OTHER: State Mental Health Facility

**\*\*Name and contact information are kept as CONFIDENTIAL.** *To allow investigators an opportunity to follow-up or request additional information please include your name and contact information.*

Name of Person Filing Complaint: Dr. Tinsley Ariana Taylor Makayla Saramosing
Mailing Address: 21985 Homesteaders Road
        Address
City: Deer Creek     State: OK     Zip: 73012
Email Address: makaylasaramosing@gmail.com
Primary Phone: 405-593-3515

Complaint Against (Name): Erica and Kelda     Lic# (if applicable): Tech and director
Address/Location: Southwest Behavioral Health Center, 1602 SW 82nd Street
City: Lawton     State: OK     Zip: 73505
Nature of Complaint (Description):                                    Phone: _____

Transphobic hate crimes occurred, including assault and battery by staff members upon the parent of a child undergoing intake. I have videos and bruises and would like to discuss this further in person.

(Please add additional pages as necessary to complete this information.)

### OFFICIAL USE ONLY

Date Received: _____  By: _____  Date Referred: _____
Form: ☐ Telephone  ☐ Letter  ☐ Email  ☐ Visit    Source: ☐ Individual  ☐ Other Gov't Agency  ☐ Other: _____
Referred to:  ☐ State/Central Office   ☐ Local/County   ☐ DEQ   ☐ Municipality: _____
              ☐ Other: _____
              Referred To _____  Mailing Address or Email _____  Phone _____
Investigation Date: _____  Follow-up Date(s): _____  Complaint#: _____
By (Name/RS#): _____  / _____  County: _____
Investigation Data: _____

Evaluation & Final Outcome: _____

Oklahoma State Department of Health                                     ODH Form 457A
Protective Health Services/Consumer Health Service                      (Rev.12/30/20)

