**FILED**

UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MAR 29 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ naa _____ , DEPUTY

Dr. Tinsley Makayla Sarmosing )
)
Plaintiff(s), )
)
v. )  Case No. 5:21-CV-01152
)
Kevin Corbett, Et. Al )
)
Defendant(s). )

## NOTICE OF APPEAL

Notice is hereby given that

[✓] Plaintiff(s) [ ] Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the __29th__ day of __March__, 20__23__.

_____
Signature
Dr. Makayla Sarmosing
Name
21925 Homesteaders Rd.
Address
Deer Creek OK 73012
City, State, Zip
405-593-3515
Phone
MakaylaSarmosing@gmail.com
Email Address

## Certificate of Service

[✓] I hereby certify that on (date) __March 29, 2023__ electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ _Dr. Mokuy_____
s/ Attorney Name