UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

March 30, 2023

Tinsley Ariana Taylor M Saramosing  
21985 Homesteaders Road  
Edmond, OK 73012

**RE:**   **23-6043, Saramosing v. Corbett, et al**  
       Dist/Ag docket: 5:21-CV-01152-PRW

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Pro se parties must complete and file an entry of appearance form within thirty days of the date of this letter.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

Attorneys must complete and file an entry of appearance and certificate of interested parties within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A) and (D). An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

The court will forward all forms, letters and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent To Electronic Service" form and returning it to this office. Requests to change the method of service must come via regular US Mail and may not be emailed. Please note that by providing the court with a valid email address you consent to receive all orders/letters issued by the court via "notices of docket activity" (NDAs). Paper copies will not be mailed to you. When you receive an email "NDA" a link to the order/letter that has been issued will appear in the notice; you are

entitled to one free "look" at the document and should download it at that time. The document will appear as a PDF so you must have the ability to view PDFs. Finally, if your email address changes you must notify the court immediately. It is your responsibility to maintain your email address.

Please contact this office if you have questions.

                                                  Sincerely,

                                                  Christopher M. Wolpert
                                                  Clerk of Court

cc:       Kevin L. McClure

CMW/sls